# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY ARMSTRONG, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 14-0014-CG-C |
| ) | |
| STATE OF ALABAMA ) | |
| DEPARTMENT OF CORRECTIONS, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated January 21, 2014 is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that petitioner's writ of habeas corpus be **TRANSFERRED** to the United States District Court for the Middle District of Alabama.

**DONE and ORDERED** this 14th day of February, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE